**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

LESLIE MOORE, individually and as representative of a class of similarly situated participants in the SNAP-ON, INC. 401(k) SAVINGS PLAN,

Plaintiff,

v.

SNAP-ON, INC., SNAP-ON INCORPORATED RETIREMENT PLANS COMMITTEE, and MERCER (US) LLC,

Defendants.

Civil Action No. 5:25-cv-7401-JLS

**NOTICE OF SETTLEMENT**

Plaintiff Leslie Moore ("Plaintiff"), by and through undersigned counsel, and with the consent of Defendants Snap-on Inc., Snap-on Incorporated Retirement Plans Committee, and Mercer (US) LLC (collectively, "Defendants," and together with Plaintiff, the "Parties"), respectfully notifies the Court as follows:

1. Plaintiff and Defendants have reached an agreement in principle to resolve Plaintiff's individual claims against Defendants, subject to the execution of a formal written settlement agreement. The settlement is not a class-wide settlement and does not resolve, release, or compromise the claims of any putative class member other than Plaintiff.

2. No class has been certified in this action, and the Parties do not seek certification of a class for purposes of settlement. The Parties are working diligently to finalize a written settlement agreement.

3. Upon execution of the settlement agreement, the Parties anticipate filing a stipulation of dismissal before the end of the year, dismissing Plaintiff's Amended Complaint

with prejudice as to his individual claims and without prejudice as to the putative class members' claims.

4. Nothing in this Notice is intended to waive any claim, defense, or argument of any Party should the settlement not be finalized.

This the 23rd day of November, 2026.

Respectfully submitted,

*/s/ Kathryn Anne B. Robinson*

Kathryn Anne B. Robinson
PA Bar No. 335382
Matthew E. Lee*
N.C. Bar No. 35405
Jeremy R. Williams*
N.C. Bar No. 48162
Kyle A. Medin*
N.C. Bar No. 54920
**LEE SEGUI, PLLC**
421 N. Harrington Street
Suite 460
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5035
krobinson@leesegui.com
mlee@leesegui.com
jwilliams@leesegui.com
kmedin@leesegui.com

*Attorneys for the Plaintiff, the Plan, and the Proposed Class*

* admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of November, 2026, a true and correct copy of the foregoing Notice of Voluntary Dismissal was electronically filed via the Court's CM/ECF system, which sent notice to all counsel of record in the above matter.

/s/ *Kathryn Anne B. Robinson*
Kathryn Anne B. Robinson
PA Bar No. 335382